**Budo Vukasinovich, Plaintiff-Appellant, v. Ljubomir Rankich and Djole Lipovich a/k/a George Lipovich, a/k/a George A. Lipovich, a/k/a George Lipovic, Defendants-Appellees.**

Gen. No. 50,006. 

First District, Second Division.

November 30, 1965.

Rafferty, Scheele & Weber, of Chicago (Samuel H. Fleischer and William H. Murphy, of counsel), for appellant; Gary D. Friedman, of Chicago, for appellee. Opinion by JUSTICE LYONS. Not to be published in full.